# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 04-00371SPK-LEK

CASE NAME:          Avard W. Pereira vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:      Jack Schweigert

ATTYS FOR DEFT:     Christine E. Savage

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/27/2006 | TIME: | 9:03-9:05 |

COURT ACTION:  EP: Further Status Conference Re: Stay of Action held.  Trial Setting Conference held.

1.      Jury trial on February 6, 2007 at 9:00 a.m. before SPK
2.      Final Pretrial Conference on December 26, 2006 at 9:00 a.m. before LEK
3.      Final Pretrial Conference before District Judge N/A
4.      Final Pretrial Statement by December 19, 2006
5.      File motions to Join/Add Parties/Amend Pleadings by July 7, 2006
6.      File other Non-Dispositive Motions by November 8, 2006
7.      File Dispositive Motions by September 6, 2006
8a.     File Motions in Limine by January 16, 2007
8b.     File opposition memo to a Motion in Limine by January 23, 2007
11a.    Plaintiff's Expert Witness Disclosures by August 7, 2006
11b.    Defendant's Expert Witness Disclosures by September 6, 2006
12.     Discovery deadline December 8, 2006
13.     Settlement Conference set for September 6, 2006 at 2:00 p.m. before LEK
14.     Settlement Conference statements by August 30, 2006
20.     Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 23, 2007
21.     File Final witness list by January 16, 2007
24.     Exchange Exhibit and Demonstrative aids by January 9, 2007
25.     Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 16,

2007
26.    File objections to the Exhibits by January 23, 2007
28a.    File Deposition Excerpt Designations by January 16, 2007
28b.    File Deposition Counter Designations and Objections by January 23, 2007
29.    File Trial Brief by January 23, 2007
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00371SPK-LEK;
Avard W. Pereira vs. Dr. Sisar Paderes, et al.;
Rule 16 Scheduling Conference Minutes
2/27/2006