JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE RE: |
| | ) PLAINTIFF AVARD PEREIRA'S |
| DR. SISAR PADERES and DOES 1-10, | ) FIRST REQUEST TO |
| | ) DEFENDANTS FOR ANSWERS |
| Defendants. | ) TO INTERROGATORIES |

CERTIFICATE OF SERVICE RE: PLAINTIFF AVARD PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR ANSWERS TO INTERROGATORIES

The below-signed certifies that on June 27, 2006 two copies of Plaintiff Avard Pereira's First Request to Defendants for Answers to Interrogatories was served by hand delivery on the following at the address indicated:

Christine E. Savage, Esq.
Deputy Attorney General
425 Queen St.
Honolulu, HI 96813
  Attorney for Defendants

_____
Person certifying service