ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2006

at __9__ o'clock and __40__ min __A__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>    Plaintiff,<br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>    Defendants. | ) CIV. NO. 04-00371 SPK/LEK<br>) (Civil Rights)<br>)<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) PLAINTIFF AVARD PEREIRA'S<br>) FIRST REQUEST TO DEFENDANTS<br>) FOR PRODUCTION OF DOCUMENTS<br>) |

## CERTIFICATE OF SERVICE

The below-signed certifies that on June 27, 2006 two copies of Plaintiff Avard Pereira's First Request to Defendants for Production of Documents was served by hand delivery on the following at the address indicated:

    Christine E. Savage, Esq.
    Deputy Attorney General
    425 Queen St.
    Honolulu, HI 96813
        Attorney for Defendants

_____
Jack Schweigert, Esq.
Attorney for Plaintiff