JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| | ) STIPULATION |
| vs. | ) |
| | ) |
| DR. SISAR PADERES and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

STIPULATION

IT IS HEREBY AGREED TO by and between the parties through their respective counsel that the deadlines for filing expert reports be extended 60 days. By this stipulation Plaintiffs report would now be due October 4, 2006 and

Defendants report would be due 30 days after receipt of Plaintiff's expert report.

DATED: Honolulu, Hawaii; June 30, 2006 ,

_____          _____
Jack Schweigert, Esq.                                    Christine E. Savage, Esq.
Attorney for Avard Pereira                         Attorney for Defendants

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court