ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>      Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES<br>and DOES 1-10,<br><br>      Defendants. | CIV. NO. 04-00371 SPK/LEK<br>(Civil Rights)<br><br>NOTICE OF MOTION;<br>PLAINTIFF'S MOTION TO AMEND<br>RULE 16 SCHEDULING ORDER<br>SETTING DEADLINE FOR MOTIONS<br>TO JOIN ADDITIONAL PARTIES OR<br>AMEND THE PLEADINGS;<br>DECLARATION OF JACK<br>SCHWEIGERT, ESQ.; CERTIFICATE<br>OF SERVICE<br><br>NON-HEARING MOTION<br><br>Trial: February 6, 2007 @ 9:00 a.m. |

NOTICE OF MOTION

TO: Christine E. Savage, Esq.
    Deputy Attorney General
    425 Queen Street
    Honolulu, HI 96813
        Attorney for Defendants

Notice is hereby given in accordance with LR7.4 that Defendants have eleven (11) days after service of this motion to file any opposition to this non-hearing motion Defendants may have. Should Defendants not oppose this motion, they shall instead file a statement of no opposition or no position within the time provided above.

DATED: Honolulu, Hawaii; July 7, 2006.

                                                JACK SCHWEIGERT, ESQ.
                                                Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, Plaintiff, vs. DR. SISAR PADERES and DOES 1-10, Defendants. | ) CIV. NO. 04-00371 SPK/LEK<br>) (Civil Rights)<br>)<br>)<br>)<br>) PLAINTIFF'S MOTION TO AMEND<br>) RULE 16 SCHEDULING ORDER<br>) SETTING DEADLINE FOR<br>) MOTIONS TO JOIN ADDITIONAL<br>) PARTIES OR AMEND THE<br>) PLEADINGS<br>)<br>) Trial: February 6, 2007 @ 9:00 a.m. |

<u>PLAINTIFFS MOTION TO AMEND RULE 16
SCHEDULING ORDER SETTING DEADLINE FOR MOTIONS
TO JOIN ADDITIONAL PARTIES OR AMEND THE PLEADINGS</u>

COMES NOW PLAINTIFF AVARD W. PEREIRA by and through counsel and moves this Honorable Court to amend the Rule 16 Scheduling Order setting a deadline for motions to join additional parties or amend the pleadings by continuing this deadline for 60 days. This would extend the deadline from July 7, 2006 to September 5, 2006.

This motion is made in accordance with Rule 7, Federal Rules of Civil Procedure and LR7.2 and is supported by the attached Declaration of Jack Schweigert, Esq. and the record and file.

DATED: Honolulu, Hawaii; July 7, 2006.

 _____
 JACK SCHWEIGERT, ESQ.
 Attorney for Plaintiff