IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DR. SISAR PADERES | ) |
| and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on July 7, 2006 one copy of the foregoing document was served by hand delivery on the following individual at the address indicated:

>Christine E. Savage, Esq.
>Deputy Attorney General
>425 Queen St.
>Honolulu, HI 96813
>   Attorney for Defendants

_____
Jack Schweigert, Esq.
Attorney for Plaintiff