

MARK J. BENNETT            2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE        7788
CARON M. INAGAKI           3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
E-Mail:  Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2006

at 9 o'clock and 6 min. 4 M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>                    Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>DEFENDANT DR. SISAR PADERES' STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO AMEND RULE 16 SCHEDULING ORDER SETTING DEADLINE FOR MOTIONS TO JOIN ADDITIONAL PARTIES OR AMEND THE PLEADINGS; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:  August 24, 2006<br>Time: 9:00 a.m.<br>Magistrate Judge Leslie Kobayashi<br><br>Trial:  February 6, 2007 |

197862_1.DOC

## DEFENDANT DR. SISAR PADERES' STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO AMEND RULE 16 SCHEDULING ORDER SETTING DEADLINE FOR MOTIONS TO JOIN ADDITIONAL PARTIES OR AMEND THE PLEADINGS

Defendant Dr. Sisar Paderes, by and through his attorneys, Mark J. Bennett, Attorney General, Christine E. Savage and Caron M. Inagaki, Deputy Attorneys General, and pursuant to Local Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, states that he takes no position regarding Plaintiff's Motion to Amend Rule 16 Scheduling Order Setting Deadline for Motions To Join Additional Parties or Amend the Pleadings filed on July 7, 2006.

DATED: Honolulu, Hawaii, July 18, 2006.

CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>            Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the undersigned date a copy of the foregoing document was duly served by U.S. Mail, postage prepaid, to the following parties at their last known addresses:

    JACK SCHWEIGERT, ESQ.
    550 Halekauwila Street, Room 309
    Honolulu, HI  96813

    RORY SOARES TOOMEY, ESQ.
    1088 Bishop Street, Suite 1004
    Honolulu, HI  96813

Attorneys for Plaintiff

197862_1.DOC

DATED: Honolulu, Hawaii, July 18, 2006.

                                                CHRISTINE E. SAVAGE
                                                Deputy Attorney General

                                                Attorney for Defendant
                                                DR. SISAR PADERES