MARK J. BENNETT                 2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE             7788
CARON M. INAGAKI                3835
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2006

at 11 o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>          Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' RESPONSE TO PLAINTIFF AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR ANSWERS TO INTERROGATORIES** |

197044_1.DOC

## CERTIFICATE OF SERVICE RE:
## DEFENDANT DR. SISAR PADERES' RESPONSE TO PLAINTIFF AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR ANSWERS TO INTERROGATORIES

I HEREBY CERTIFY that on the undersigned date the original and one copy of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Answers to Interrogatories dated July 27, 2006, were duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

> JACK SCHWEIGERT, ESQ.
> 550 Halekauwila Street, Room 309
> Honolulu, HI 96813
>
> Attorney for Plaintiff

I HEREBY FURTHER CERTIFY that on the undersigned date a copy of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Answers to Interrogatories dated July 27, 2006, was duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

> RORY SOARES TOOMEY, ESQ.
> 1088 Bishop Street, Suite 1004
> Honolulu, HI 96813
>
> Attorney for Plaintiff

DATED: Honolulu, Hawaii, July 27, 2006.

                                              _____
                                              CHRISTINE E. SAVAGE
                                              Deputy Attorney General

                                              Attorney for Defendant
                                              DR. SISAR PADERES