MARK J. BENNETT          2672
Attorney General of Hawaii

ORIGINAL

CHRISTINE E. SAVAGE      7788
CARON M. INAGAKI         3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendant
DR. SISAR PADERES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

AVARD W. PEREIRA,

        Plaintiff,

    vs.

DR. SISAR PADERES and DOES
1-10,

        Defendants.

CIVIL NO. 04-00371 SPK-LEK
(Civil Rights)

**CERTIFICATE OF SERVICE RE:
DEFENDANT DR. SISAR
PADERES' RESPONSE TO
PLAINTIFF AVARD W.
PEREIRA'S FIRST REQUEST TO
DEFENDANTS FOR PRODUCTION
OF DOCUMENTS**

197045_1.DOC

**CERTIFICATE OF SERVICE RE:**
**DEFENDANT DR. SISAR PADERES' RESPONSE TO PLAINTIFF**
**AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS**
**FOR PRODUCTION OF DOCUMENTS**

I HEREBY CERTIFY that on the undersigned date the original of

Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First

Request to Defendants for Production of Documents dated July _27_, 2006, was

duly served by U.S. Mail, postage prepaid, to the following party at his last known

address:

> JACK SCHWEIGERT, ESQ.
> 550 Halekauwila Street, Room 309
> Honolulu, HI 96813
>
> Attorney for Plaintiff

I HEREBY FURTHER CERTIFY that on the undersigned date a copy

of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First

Request to Defendants for Production of Documents dated July _27_, 2006, was

duly served by U.S. Mail, postage prepaid, to the following party at his last known

address:

> RORY SOARES TOOMEY, ESQ.
> 1088 Bishop Street, Suite 1004
> Honolulu, HI 96813
>
> Attorney for Plaintiff

DATED:  Honolulu, Hawaii, July 27, 2006.


CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES