# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 04-00371SPK-LEK

CASE NAME:          Avard W. Pereira vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     08/01/2006                   TIME:

---

COURT ACTION:   EO: Plaintiff's Motion to Amend Rule 16 Scheduling Order Setting Deadline for Motion to Join Additional Parties or Amend the Pleadings set for 9:00 8/24/06, LEK is Vacated.

Motion is Granted and terminated.

Deadline for motions to join additional parties or amend the pleadings currently set for 7/7/06 is extended to **9/5/06.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager