MARK J. BENNETT               2672
Attorney General of Hawaii

CINDY S. INOUYE               3968
CHRISTINE E. SAVAGE           7788
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Email: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
Dr. Sisar Paderes

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| AVARD W. PEREIRA, | CIVIL NO. 04-00371 SPK/LEK (Civil Rights) |
|---|---|
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF AVARD W. PEREIRA |
| DR. SISAR PADERES and DOES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2006, the original of

Defendant Dr. Sisar Paderes' First Request For Production of Documents to

Plaintiff Avard W. Pereira was served on the following at his last known address via U.S. mail, postage prepaid as follows:

>JACK SCHWEIGERT, ESQ.
>550 Halekauwila Street, Room 309
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff

The undersigned further certifies that on August 2, 2006, a copy of Defendant Dr. Sisar Paderes' First Request For Production of Documents to Plaintiff Avard W. Pereira was served on the following at his last known address via U.S. mail, postage prepaid as follows:

>RORY SOARES TOOMEY, ESQ.
>1088 Bishop Street, Suite 1004
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff

DATED: Honolulu, Hawaii, August 2, 2006.

CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES