MARK J. BENNETT                 2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE             7788
CARON M. INAGAKI                3835
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Email: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
Dr. Sisar Paderes

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>Defendants. | CIVIL NO. 04-00371 SPK/LEK<br>(Civil Rights)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF AVARD W. PEREIRA |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2006, the original and a

copy of Defendant Dr. Sisar Paderes' First Request For Answers to Interrogatories

201157_1.DOC

to Plaintiff Avard W. Pereira was served on the following at his last known address via U.S. mail, postage prepaid as follows:

>JACK SCHWEIGERT, ESQ.
>550 Halekauwila Street, Room 309
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff

The undersigned further certifies that on August 2, 2006, a copy of Defendant Dr. Sisar Paderes' First Request For Answers to Interrogatories to Plaintiff Avard W. Pereira was served on the following at his last known address via U.S. mail, postage prepaid as follows:

>RORY SOARES TOOMEY, ESQ.
>1088 Bishop Street, Suite 1004
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff

DATED: Honolulu, Hawaii, August 2, 2006.

_____
CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES

201157_1.DOC                2