ORIGINAL

MARK J. BENNETT                2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE            7788
CARON M. INAGAKI               3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2006

at 2 o'clock and 10 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS** |

197045_1.DOC

**CERTIFICATE OF SERVICE RE:
DEFENDANT DR. SISAR PADERES' FIRST
SUPPLEMENTAL RESPONSE TO PLAINTIFF
AVARD W. PEREIRA'S FIRST REQUEST TO
DEFENDANTS FOR PRODUCTION OF DOCUMENTS**

I HEREBY CERTIFY that on the undersigned date the original of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Production of Documents dated August 9, 2006, was duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

> JACK SCHWEIGERT, ESQ.
> 550 Halekauwila Street, Room 309
> Honolulu, HI 96813
>
> Attorney for Plaintiff

I HEREBY FURTHER CERTIFY that on the undersigned date a copy of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Production of Documents dated August 9, 2006, was duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

> RORY SOARES TOOMEY, ESQ.
> 1088 Bishop Street, Suite 1004
> Honolulu, HI 96813
>
> Attorney for Plaintiff

DATED: Honolulu, Hawaii, August 9, 2006.

                                                _____
                                                CHRISTINE E. SAVAGE
                                                Deputy Attorney General

                                                Attorney for Defendant
                                                DR. SISAR PADERES