**ORIGINAL**

MARK J. BENNETT  2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE  7788
CARON M. INAGAKI  3835
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 10 2006

at ___ o'clock and ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>    Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>**AMENDED CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS** |

## AMENDED CERTIFICATE OF SERVICE RE: DEFENDANT DR. SISAR PADERES' FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF AVARD W. PEREIRA'S FIRST REQUEST TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS

I HEREBY CERTIFY that on the undersigned date the original of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Production of Documents dated August 9, 2006, was duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

>JACK SCHWEIGERT, ESQ.
>550 Halekauwila Street, Room 309
>Honolulu, HI 96813
>
>Attorney for Plaintiff

I HEREBY FURTHER CERTIFY that on the undersigned date a copy of Defendant Dr. Sisar Paderes' Response to Plaintiff Avard W. Pereira's First Request to Defendants for Production of Documents dated August 9, 2006, was duly served by U.S. Mail, postage prepaid, to the following party at his last known address:

>RORY SOARES TOOMEY, ESQ.
>1088 Bishop Street, Suite 1004
>Honolulu, HI 96813
>
>Attorney for Plaintiff

DATED: Honolulu, Hawaii, August 10, 2006.

_____
CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES