**ORIGINAL**

MARK J. BENNETT          2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE      7788
CARON M. INAGAKI         3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Email: Christine.E.Savage@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 0 2006

at 2 o'clock and 05 min. P M
SUE BEITIA, CLERK

Attorneys for Defendant
DR. SISAR PADERES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| AVARD W. PEREIRA, | CIVIL NO. 04-00371 SPK/LEK (Civil Rights) |
|---|---|
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| DR. SISAR PADERES and DOES 1-10, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ___AUG 3 0 2006___, a copy of Defendant Dr. Sisar Paderes' Notice of Taking Oral Deposition was

served on the following at his/her last known address via U.S. mail, postage prepaid as follows:

>JACK SCHWEIGERT, ESQ.
>550 Halekauwila Street, Room 309
>Honolulu, Hawaii 96813
>
>RORY SOARES TOOMEY, ESQ.
>1088 Bishop Street, Suite 1004
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

DATED: Honolulu, Hawaii, AUG 3 0 2006.

*[signature]*
CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendant
DR. SISAR PADERES