# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00371SPK-LEK

CASE NAME:       Avard W. Pereira vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:      09/18/2006                   TIME:

---

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.   Jury trial on May 22, 2007 at 9:00 a.m. before SPK
2.   Final Pretrial Conference on April 10, 2007 at 9:00 a.m. before LEK
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by April 3, 2007
5.   File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.   File other Non-Dispositive Motions by February 21, 2007
7.   File Dispositive Motions by December 20, 2006
8a.  File Motions in Limine by May 1, 2007
8b.  File opposition memo to a Motion in Limine by May 8, 2007
11a. Plaintiff's Expert Witness Disclosures by November 20, 2006
11b. Defendant's Expert Witness Disclosures by December 20, 2006
12.  Discovery deadline March 23, 2007
13.  Settlement Conference **currently** set for **October 19, 2002 at 2:00 p.m.** is continued to January 23, 2007 at 2:00 p.m. before LEK
14.  Settlement Conference statements by January 16, 2007
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 8, 2007
21.  File Final witness list by May 1, 2007
24.  Exchange Exhibit and Demonstrative aids by April 24, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 1, 2007

26. File objections to the Exhibits by May 8, 2007
28a. File Deposition Excerpt Designations by May 1, 2007
28b. File Deposition Counter Designations and Objections by May 8, 2007
29. File Trial Brief by May 8, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager




CIVIL NO. 04-00371SPK-LEK;
Avard W. Pereira vs. Dr. Sisar Paderes, et al.;
Rule 16 Scheduling Conference Minutes
09/18/2006