ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 22 2006

at 9 o'clock and 15 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>　　　　Plaintiff,<br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>　　　　Defendants. | ) CIV. NO. 04-00371 SPK/LEK<br>) (Civil Rights)<br>)<br>)<br>)<br>)<br>) MOTION TO WITHDRAW<br>) AS COUNSEL;<br>) DECLARATION<br>) OF COUNSEL; EXHIBIT 1;<br>) CERTIFICATE OF SERVICE<br>)<br>) Trial: May 22, 2007 |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jack Schweigert, Esq. and Rorey Soares Toomey, Esq., attorneys for Avard W. Pereira, and move this Honorable Court for an Order allowing them to withdraw as counsel.

This motion is made in accordance with LR83.6(b) and is supported by the attached declaration of Jack Schweigert, Esq. and the record and file.

DATED: Honolulu, Hawaii; September 20, 2006.

_____
Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff