IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| vs. | ) |
| | ) DECLARATION OF |
| DR. SISAR PADERES and DOES 1-10, | ) COUNSEL |
| | ) |
| Defendants. | ) |

## DECLARATION OF COUNSEL

I, Jack Schweigert, Esq., hereby declare as follows:

1. I am lead counsel for Avard W. Pereira in this lawsuit.

2. In that capacity, a conflict has developed between the client and myself which prevents me from going forward in his case. I informed Mr. Pereira of my decision to withdraw on September 18, 2006 and also sent him a copy of the motion and the letter attached hereto as Exhibit 1.

3. Co-counsel, Rorey Soares Toomey asked me to make the motion for him as well because he is unable to continue with the case if I am no longer lead counsel.

4. Based on the foregoing, I ask the Court to allow both myself and Attorney Toomey to withdraw from this case.

I declare under penalty of perjury the foregoing is true and correct. Executed in Honolulu, Hawaii this 20th day of September 2006.

Jack Schweigert, Esq.
Declarant