The Law Office of
# JACK SCHWEIGERT
A Professional Law Corporation

550 Halekauwila Street, Room 309
Honolulu, Hawaii  96813
jackschweigert@hotmail.com

Phone: (808) 533-7491
Fax: (808) 533-7490
www.JackSchweigert.com

September 20, 2006

Avard W. Pereira
PO Box 100 #1H
Kaunakakai, HI  96748

Dear Avard:

    Please know that withdrawing as counsel is not an easy matter for me. However, I must go forward with this motion and a copy is enclosed for your reference. You will notice that co-counsel Rorey Soares Toomey also joined in on the motion.

    So you know, the fact I am withdrawing does not mean your case is prejudiced in any way for you have every right to pursue your claim without me. To get you started, please call 537-9140, which is the Hawaii State Bar Association's lawyer referral service. Ask for the names of lawyers doing prison litigation; they may be listed under constitutional law. Then call those lawyers and see if you can work out a suitable arrangement. Let me know that lawyer and I will forward to him the records and files that we have put together in preparing your case. If you would rather I send the records directly back to you, that is certainly available as well. Just let me know.

    Once all the bills for copy charges to gather your medical records are in, I will prepare a final accounting of your trust account balance. Once this is done, any money remaining will be sent back to you.

    Until another lawyer appears in my place, you will be acting as your own attorney and therefore must keep the court appraised of a working address and phone number and be aware of any court deadlines. To assist you I have enclosed a copy of the scheduling conference order now amended.

Very truly yours,

*[signature]*
Jack Schweigert, Esq.

Exhibit "1"