IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| DR. SISAR PADERES and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The below-signed hereby certifies that on September 21, 2006 one copy of the foregoing document was served on the following persons by U.S. Mail, first class postage prepaid addressed as follows:

Christine E. Savage, Esq.
Deputy Attorney General, State of Hawaii
425 Queen Street
Honolulu, HI 96813
    Attorney for Defendant Dr. Sisar Paderes

Avard W. Pereira
P.O. Box 100 #1H
Kaunakakai, HI 96748

DATED: Honolulu, Hawaii; September 20, 2006.

_____
Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff