# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00371SPK-LEK

CASE NAME:       Avard W. Pereira vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

   JUDGE:     Leslie E. Kobayashi          REPORTER:

   DATE:      09/22/2006                     TIME:

---

COURT ACTION:  EO:  Regarding the Court Minutes entered 9/18/06 and the **Amended** Rule 16 Scheduling Order issued 9/20/06.

The following deadline was entered as **N/A.**

The parties were in agreement to have the deadline reissued.

Therefore:

File motions to Join/Add Parties/Amend Pleadings by **October 22, 2006**

Submitted by: Warren N. Nakamura, Courtroom Manager