# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00371SPK-LEK

CASE NAME:     Avard W. Pereira vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    09/28/2006                   TIME:

COURT ACTION:  **EO: COURT ORDER.**

    The court notes that LR 83.6(b) requires, among other things, that counsel seeking withdrawal must provide the telephone number of the client. By October 3, 2006, the client's telephone number shall be filed with the court or the client shall be present at the hearing on October 6, 2006.

    **IT IS SO ORDERED.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager