JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>    Plaintiff,<br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>    Defendants. | ) CIV. NO. 04-00371 SPK/LEK<br>) (Civil Rights)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial: May 22, 2007 |

NOTICE OF PLAINTIFF'S MAILING ADDRESS AND PHONE NUMBER

COMES NOW PLAINTIFF AVARD PEREIRA by and through counsel and gives notice in accordance with LR 83.6(b) and the Court Order dated 9/28/06 that Plaintiff's phone number is 1-808-336-0797.

DATED: Honolulu, Hawaii; October 2, 2006.

_____
Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff Avard Pereira

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| DR. SISAR PADERES and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on October 2, 2006 one copy of the foregoing document was served on the following persons by U.S. Mail, first class postage prepaid addressed as follows:

Christine E. Savage, Esq.
Deputy Attorney General, State of Hawaii
425 Queen Street
Honolulu, HI 96813
    Attorney for Defendant Dr. Sisar Paderes

Avard Pereira
P.O. Box 100 #1H
Kaunakakai, Molokai, HI 96748

DATED: Honolulu, Hawaii; October 2, 2006.

_____
Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff