# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00371SPK-LEK |
| CASE NAME: | Avard W. Pereira vs. Dr. Sisar Paderes, et al. |
| ATTYS FOR PLA: | Jack Schweigert |
| ATTYS FOR DEFT: | Christine E. Savage |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/06/2006 | TIME: | 9:41-9:47 |

COURT ACTION:  EP: Motion to Withdraw as Counsel for Plaintiff - No position by defendants.

Motion Granted and terminated.  Schweigert to prepare Order.  Schweigert to provide Plaintiff's most recent address and telephone number.

Status Conference set for 9:30 12/7/06, LEK.  Plaintiff to be physically present or if counsel is retained, counsel may appear on plaintiff's behalf.  Order to be issued by the Court.  Clerk's Office will be directed to serve Court's Order via certified mail, return receipt requested upon plaintiff.

Submitted by: Warren N. Nakamura, Courtroom Manager