ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 11 2006

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>DR. SISAR PADERES and DOES 1-10,<br><br>    Defendants. | ) CIV. NO. 04-00371 SPK/LEK<br>) (Civil Rights)<br>)<br>) UPDATED NOTICE OF<br>) PLAINTIFF'S MAILING<br>) ADDRESS AND PHONE<br>) NUMBER; CERTIFICATE<br>) OF SERVICE<br>)<br>) <u>Hearing</u><br>) Date: October 6, 2006<br>) Time: 9:30 a.m.<br>) Judge: Leslie E. Kobayashi<br>)<br>) Trial: May 22, 2007 |

<u>UPDATED NOTICE OF PLAINTIFF'S MAILING ADDRESS AND
PHONE NUMBER</u>

COMES NOW PLAINTIFF AVARD PEREIRA by and through

counsel and in accordance with the Minute Order issued October 6, 2006

provides Plaintiff's most recent address and telephone number which are as follows:

Avard Pereira
P.O. Box 482110
Kaunakakai, Molokai, HI  96748

Phone:  1-808-336-0797.

DATED:  Honolulu, Hawaii;  October 9, 2006.

_____
Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff Avard Pereira

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA, | ) CIV. NO. 04-00371 SPK/LEK |
| | ) (Civil Rights) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| DR. SISAR PADERES and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The below-signed hereby certifies that on October 9, 2006 one copy of the foregoing document was served on the following persons by U.S. Mail, first class postage prepaid addressed as follows:

Christine E. Savage, Esq.
Deputy Attorney General, State of Hawaii
425 Queen Street
Honolulu, HI 96813
   Attorney for Defendant Dr. Sisar Paderes

Avard W. Pereira
P.O. Box 482110
Kaunakakai, HI 96748

DATED: Honolulu, Hawaii; October 9, 2006.

Jack Schweigert, Esq.
Rorey Soares Toomey, Esq.
Attorneys for Plaintiff