JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop St., Suite 1004
Honolulu, HI 96813
Phone: (808) 533-7162

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>Defendants. | CIV. NO. 04-00371 SPK/LEK<br>(Civil Rights)<br><br>ORDER GRANTING MOTION<br>TO WITHDRAW AS<br>COUNSEL<br><br>Hearing<br>Date: October 6, 2006<br>Time: 9:30 a.m.<br>Judge: Leslie E. Kobayashi<br><br>Trial: May 22, 2007 |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion to withdraw as counsel filed on behalf of both Jack

Schweigert, Esq. and Rory Soares Toomey, Esq., came on for hearing before

the Honorable Leslie E. Kobayashi in her courtroom on October 6, 2006.

Jack Schweigert, Esq. appeared on behalf of himself and Rory Soares Toomey, Esq., and Christine E. Savage, Esq. appeared on behalf of Defendants. Plaintiff Avard Pereira was not present and efforts to reach him by phone were unsuccessful.

The Court, after having questioned Attorney Schweigert on the basis of the conflict, finds the requisite good does exist for granting the motion to withdraw as counsel. NOW THEREFORE,

IT IS HEREBY ORDERED that the motion to withdraw as counsel filed by Jack Schweigert, Esq. and Rory Soares Toomey, Esq. on September 22, 2006, be, and the same hereby is, GRANTED so that they are both no longer attorneys of record for the Plaintiff Avard Pereira.

IT IS FURTHER ORDERED that Plaintiff Avard Pereira appear personally or have a legal representative appear on his behalf for a Status Conference now set for December 7, 2006 at 9:30 a.m., the Honorable Leslie E. Kobayashi presiding, in her courtroom at the federal courthouse, 2nd floor. If Plaintiff does not have substitute counsel by this date and cannot physically appear himself, then he must get prior approval from the Court by

way of ex parte motion to avoid sanctions from being imposed from his failure to appear.

DATED: Honolulu, Hawaii; _____10/16/06_____.

*Leslie E. Kobayashi*
Judge of the above-entitled Court

Approved as to Form:

*Christine Savage*
Christine E. Savage, Esq.
Deputy Attorney General
Attorney for Defendants