# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00371SPK-LEK |
| CASE NAME: | Avard W. Pereira vs. Dr. Sisar Paderes, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/18/2006 | TIME: | |

COURT ACTION:  EO: This Court, having granted the motion by Jack Schweigert, Esq., and Rory Soares Toomey, Esq., (collectively "Counsel") to withdraw counsel for Plaintiff Avard W. Pereira ("Plaintiff"), HEREBY orders Plaintiff to appear at a status conference on **DECEMBER 7, 2006 at 9:30 A.M.** before this Court.  Plaintiff is to be **physically present**, unless he retains replacement counsel, who may appear on behalf of Plaintiff. This Court cautions Plaintiff that his failure to appear at the status conference may result in the imposition of sanctions, including the dismissal of his complaint.

This Court instructs the Clerk's Office to serve a copy of this order on Plaintiff via certified mail, return receipt requested.

IT IS SO ORDERED.

Cc: all counsel and Plaintiff Avard W. Pereira

Submitted by: Warren N. Nakamura, Courtroom Manager