CIVIL 04-00371

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x *Kim Akina*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*Kim Akina*  10/26/06 |
| 1. Article Addressed to:<br>Avard W. Pereira<br>P.O. Box 482110<br>Kaunakakai, HI 96748 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No |
| SCANNED | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 0550 0001 0856 7240 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE   HONOLULU HI 968
26 OCT 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**U.S. DISTRICT COURT**
**DISTRICT OF HAWAII**
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338
OFFICIAL BUSINESS

**RETURN** SERVICE **REQUESTED**