

**ORIGINAL**

MARK J. BENNETT     2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE     7788
CARON M. INAGAKI     3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2006

at ___ o'clock and ___ min. ___ M
SUE _____ CLERK

LODGED
DEC – 4 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AVARD W. PEREIRA,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES and DOES 1-10,<br><br>            Defendants. | CIVIL NO. 04-00371 SPK-LEK<br>(Civil Rights)<br><br>STIPULATION OF THE PARTIES TO DISMISS COMPLAINT FILED JUNE 21, 2004 |

STIPULATION OF THE PARTIES TO DISMISS COMPLAINT FILED
JUNE 21, 2004

    IT IS HEREBY STIPULATED AND AGREED by and between Avard W.

Pereira, Plaintiff *Pro Se*, and Defendant Dr. Sisar Paderes, by and through his

211700_1.DOC

counsel, Mark J. Bennett, Attorney General of the State of Hawaii, Christine E. Savage and Caron M. Inagaki, Deputy Attorneys General, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the Complaint filed June 21, 2004, is hereby dismissed with prejudice. Each party will bear their own attorney's fees and costs.

All parties who have appeared in this action have signed this stipulation. There are no remaining parties/issues in this case.

DATED: Honolulu, Hawaii, October 30, 2006

_____
Avard W. Pereira
Plaintiff *Pro Se*

_____
Christine E. Savage
Deputy Attorney General
Attorney for Defendant
DR. SISAR PADERES

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

Avard W. Pereira vs. Dr. Sisar Paderes, et al., Civil No. 04-00371 SPK-LEK, Stipulation of the Parties to Dismiss Complaint Filed June 21, 2004 and Order

211700_1.DOC                                         2